# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40769** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Joseph T. DECLUE** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | **Special Panel** |
| *Appellant* | ) | |

On 29 March 2026, Appellant moved to withdraw from appellate review and to attach a DD Form 2330, *Waiver / Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 27 March 2026 and 29 March 2026, respectively.

The Government did not submit any opposition.

Accordingly, it is by the court on this 2d day of April, 2026,

**ORDERED:**

Appellant's motion to withdraw from appellate review and motion to attach dated 29 March 2026 are **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

AGNIESZKA M. GAERTNER, Capt, USAF
Commissioner